IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT BENTLEY MARLOW,

    Plaintiff,

  v.

VANCE E. SAWYER,

    Defendant.

Case No. 16-cv-1088-JPG-DGW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Robert Bentley Marlow and against defendant Vance E. Sawyer in the amount of $30,000.00 in compensatory damages and $10,000.00 in punitive damages, along with costs.

**DATED:** January 24, 2018      JUSTINE FLANAGAN, Acting Clerk of Court

                                                        **s/ *Tina Gray*, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**